**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JUAN PEREZ-JUAREZ,<br><br>                    Defendant. | Case No.: 15CR2990-JLS<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

   Upon motion of the United States of America and good cause appearing,

   IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

   IT IS SO ORDERED.

Dated:  February 22, 2016

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge